IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THUAN VO TRAN, INDIVIDUALLY AND ON BEHALF OF TRAN & PETER, LLC, TRINH VAN TRAN, HUE NGUYEN, PHUC VO, LANH TRAN, AND HA NGUYEN | § § § § § § | CIVIL ACTION NO. 2:12-cv-999  JUDGE: Jay C. Zainey |
| VERSUS | § § § | MAGISTRATE: Karen Wells Roby |
| ABDON CALLAIS OFFSHORE, LLC, CHARLES M. CALLAIS, COREY CALLAIS, AND CAPT. JACK PRESTON SEARS, JR., IN PERSONAM ST. JOSEPH THE WORKER IN REM | § § § § § § | |

## ANSWER AND COUNTERCLAIM

The Answer of Defendants, Abdon Callais Offshore, LLC, Charles M. Callais, Corey Callais, and Capt. Jack Preston Sears, Jr., is as follows:

1.

Defendants deny the truth of the allegations of fact contained in Article 1 of the Complaint.

2.

Defendants deny the truth of the allegations of fact contained in Article 2 of the Complaint.

3.

Defendants admit the truth of the allegations of fact contained in Article 3 of the Complaint.

4.

Defendants deny the truth of the allegations of fact contained in Article 4 of the Complaint except to admit that Abdon Callais Offshore, LLC is a limited liability company organized under the laws of the State of Louisiana.

5.

Defendants deny the truth of the allegations of fact contained in Article 5 of the Complaint except to admit that the F/V Star Ocean was a vessel.

6.

Defendants deny the truth of the allegations of fact contained in Article 6 of the Complaint.

7.

Defendants deny the truth of the allegations of fact contained in Article 7 of the Complaint except to admit that there was a collision between the F/V Star Ocean and the M/V St. Joseph the Worker, a vessel owned ad operated by Abdon Callais Offshore, LLC.

8.

Defendants deny the truth of the allegations of fact contained in Article 8 of the Complaint.

9.

Defendants deny the truth of the allegations of fact contained in Article 9 of the Complaint except to admit that, at the time of the collision, Capt. Jack P. Sears, Jr. was in the course and scope of his employment with Abdon Callais Offshore, LLC.

10.

Defendants deny the truth of the allegations of fact contained in Article 10 of the Complaint.

11.

Defendants deny the truth of the allegations of fact contained in Article 11 of the Complaint.

12.

Defendants admit the truth of the allegations of fact contained in Article 12 of the Complaint.

13.

Defendants deny the truth of the allegations of fact contained in Article 13 of the Complaint except to admit that the M/V St. Joseph the Worker was a vessel.

14.

Defendants deny the truth of the allegations of fact contained in Article 14 of the Complaint.

15.

Defendants deny the truth of the allegations of fact contained in Article 15 of the Complaint.

16.

Defendants admit that Plaintiffs request trial by jury.

## LIMITATION OF LIABILITY

Defendants are entitled to limit their liability, if any, to Plaintiffs to the value of the M/V St. Joseph the Worker plus pending freight after the collision as any negligence and/or fault on the part of Defendants was without the privity and knowledge of the Defendants.

## AFFIRMATIVE DEFENSES

1.

This collision was caused by the fault and neglect of Trinh Van Tran and Thuan Vo Tran and Tran & Peter, LLC.

2.

The claims of the Plaintiffs are barred by their own fault and neglect.

3.

In the alternative, in the event that there is fault on the part of the Defendants, there is comparative fault on the part of the Plaintiffs.

## COUNTERCLAIM

The counterclaim of defendants against Thuan Vo Tran and Tran & Peter, LLC is as follows:

1.

Defendants have been sued by Plaintiffs with Plaintiffs asserting that the collision in question was caused by the fault of Defendants.

2.

Defendants have denied any and all liability to the Plaintiffs and Defendants assert that the fault and neglect for the collision rests with Plaintiffs.

3.

In the even, however, that any of the Plaintiffs are entitled to recover any sums from Defendants, Defendants are entitled to contribution and/or indemnity from Plaintiffs as the collision was due to the fault and neglect of the Plaintiffs.

4.

Abdon Callais Offshore, LLC incurred certain expenses and loss of revenue due to this collision and Abdon Callais Offshore, LLC is entitled to recover these sums from Thuan Vo Tran and Tran & Peter, LLC as the collision was due to the fault and neglect of Thuan Vo Tran and employees of Tran & Peter, LLC including, but not limited to, Trinh Van Tran.

**WHEREFORE,** defendants pray that the complaint of plaintiffs be dismissed, with prejudice, at the cost of the plaintiffs and defendants further pray for judgment in favor of

defendants and against plaintiffs for any sums for which defendants are cast to the plaintiffs and/or contribution and defendants further pray for judgment in their favor and against Thuan Vo Tran and Tran & Peter, LLC for defendants' expenses and loss revenue due to the collision.

    Respectfully submitted,

    *s/ John E. Galloway*
    John E. Galloway (#5892)
    jgalloway@gjtbs.com
    Cherrell R. Simms (#28227)
    csimms@gjtbs.com

OF COUNSEL:

Galloway, Johnson, Tompkins, Burr & Smith, P.C.
701 Poydras Street, Suite 4040
New Orleans, Louisiana 70139
Telephone:    504-525-6802
Facsimile:    504-525-2456
*Attorney for Abdon Callais Offshore, LLC,*
*Charles M. Callais, Corey Callais, and Capt. Jack Preston Sears, Jr.*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 2nd day of May, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record by operation of the Court's electronic filing system.

    *s/ John E. Galloway*