UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THUAN VO TRAN, et al | CIVIL ACTION |
| VERSUS | NO: 12-999 |
| ABDON CALLAIS OFFSHORE, LLC, et al | SECTION: A/4 |

**JUDGMENT**

Considering the evidence at trial, post-trial memoranda, the Court's findings of fact and conclusions of law and applicable law; accordingly;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court finds that the M/V ST. JOSEPH THE WORKER was 75% at fault and the F/V STAR OCEAN was 25% at fault for the collision and the damages should be apportioned in these percentages. All amounts below have been reduced, where appropriate, to an apportionment of damages consistent with this Court's finding of apportionment of liability.

1. Tran & Peter, LLC – $84,540.98 to be paid by ACO.
2. Tom's Marine – $120,000 to be paid by T&P.
3. Trinh Tran – $145,471.15 to be paid by ACO.
4. Lanh Tran – $51,920.29 to be paid by ACO.

Pre-judgment interest for the plaintiff and intervenor is denied. Post-judgment interest and costs are owed in accordance with the applicable statutes.

New Orleans, Louisiana, this 28th day of July 2015.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE